**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CASELAS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:22-CV-00090-JRG-RSP |
| | § | (LEAD) |
| HEARTLAND PAYMENT SYSTEMS LLC | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| EASTEX CREDIT UNION | § | Case No. 2:22-CV-00091-JRG-RSP |
| | § | (MEMBER) |
| *Defendant.* | § | |

**ORDER**

Before the Court is Plaintiff CASELAS, LLC's and Defendant Eastex Credit Union's Notice of Dismissal of Claims (the "Notice"). (Case No. 2:22-CV-00091, Dkt. No. 12). In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action in Case No. 2:22-CV-00091-JRG-RSP are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** Case No. 2:22-CV-00091-JRG-RSP and to **MAINTAIN AS OPEN** Case No. 2:22-CV-00090-JRG-RSP.

**So Ordered this**

**Aug 24, 2022**

_____

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE